IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF: | |
| ONE (1) APPLE IPHONE, MODEL A1586, IMEI 355402079476692 | Magistrate Nos. 18-1024, 18-1023, 18-1025 |
| ONE (1) APPLE IPHONE S, MODEL A1633, FCC ID BCG-E2946A | |
| ONE (1) APPLE IPHONE X IN BROWN LEATHER CASE | |

FILED
AUG 2 7 2018
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO UNSEAL SEARCH WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Tonya Sulia Goodman, Assistant United States Attorney for said district, and sets forth the following:

On August 8, 2018, Search Warrants were issued in the above-captioned cases.

The Search Warrants, Affidavit and Returns were then ordered sealed pending searches of the above-captioned devices.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrants, Affidavit and Returns, due to the fact that the searches have been executed, and there is no further need for the Search Warrants, Affidavit and Returns to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:   TONYA SULIA GOODMAN
Assistant U.S. Attorney
PA ID No. 204724